AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JERRY MOSS, II | ) | Case No.   12-8367-WM |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

**SEP 1 3 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 11, 2012_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC. Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew X. Pudimott, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  9-13-2012

*Judge's signature*

City and state:  _____West Palm Beach, Florida_____

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Andrew X. Pudimott, being duly sworn, do state and attest as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), and I have been so employed for two years and ten months. I am currently assigned to PB-2, the Safe Streets Task Force squad. Prior to joining the Miami Division, I attended the FBI Academy in Quantico, Virginia, for five (5) months where I received training in federal criminal laws and investigation techniques, including laws related to bank robbery.  Prior to joining the FBI, I was employed as a Deputy U.S. Marshal for six years, and I was employed as a U.S. Border Patrol Agent for four years.  I have investigated various individuals for various violations of federal law.

2.     This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers. This affidavit does not purport to contain all the information known to me about this case but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging JERRY MOSS II with Bank Robbery, in violation of Title 18, United States Code, Section 2113 (a).

3.     On Tuesday September 11, 2012 at 1233 hours, officers from the Boca Raton Police Department responded to a bank robbery investigation at the Fifth Third Bank, located at 120 East Palmetto Park Road, Boca Raton, Florida.   Employee 1, the Lead Customer Service Representative, reported that the bank was just robbed, and the subject fled westbound on Palmetto Park Road on foot. The suspect, later identified as JERRY MOSS II, was described as a bald, white male, 5' 5" slender, holding a flex folder, and wearing a white polo shirt with jeans.

4.     Officer Rodriguez, Boca Raton Police Department asked follow-up questions of Employee 1, and she provided the following information: when MOSS entered the bank, Employee 1 was behind the counter.   She had her back to the lobby of the bank, and she did not see MOSS enter the bank.   She told the victim teller, Employee 2, that she was headed to the vault, which is located in another room adjacent to the area behind the customer service counter.   She noticed MOSS approach the teller counter, and MOSS approached the teller counter through the exit path.   At first, Employee 1 was not alarmed by the MOSS's presence, and she continued to walk toward the vault room. While Employee 1 was in the vault, she glanced at the wall, and noticed that a green light was activated which meant the bank was robbed. She immediately exited the vault, and Employee 2 told her she was robbed.

5.    After Officer Rodriguez spoke with Employee 1, he spoke with the victim teller, Employee 2, who provided the following information: Employee 2 was at her teller station, and she saw MOSS enter the bank. She greeted MOSS, and MOSS did not respond. She finished a task behind the counter, and she turned her attention to MOSS. MOSS approached the counter, and stated "I want you to remain calm, this is a robbery, I want you to give me your $100`s." Employee 2 said "excuse me," and the suspect demanded money again. He also told Employee 2 to not press any buttons. Employee 2 told MOSS that she did not have many one hundred dollar bills, and MOSS replied "give me what you have." Employee 2 complied, and gave MOSS one (1) one hundred dollar bill. MOSS appeared astonished when he realized she only gave him one (1) one hundred dollar bill, and MOSS told Employee 2 to hand over the rest of the one hundred dollar bills. Employee 2 stepped away from the counter, opened the cash drawer, and told MOSS again that she did not have any other one hundred dollar bills. At this point, MOSS leaned over the counter to look at her drawer, and he told Employee 2 to give him all of the twenty dollar bills. He also told Employee 2, "if you don`t I`ll detonate a bomb in the hallway." She complied with the demand, and she handed MOSS the remainder of the twenty dollar bills. MOSS

placed all of the money in his portfolio, and he fled out of the bank on foot.   It was later determined that MOSS escaped with $960.00.

6.   On September 12, 2012 at about 9:53 am, the Broward Sheriff's Office, Pompano Beach Station, received a call from an unknown male, later identified as MOSS, who stated that his girlfriend was being held captive at the Atlantic Inn Motel, Room 114, located at 151 Northwest 17th Avenue, Pompano Beach, Florida by two black males.   Deputies responded to the motel, and they did not find any signs of duress. They asked the manager to place a call to Room 114, the manager called Room 114, and the manager told the occupant, MOSS's girlfriend Jeri Rosello, to step out of the room to meet the deputies.   Rosello told the deputies that she was not under any sort of duress, and that she, MOSS, and two black males, one known as Tony, were using drugs at the Relax Inn, located at 1411 Northwest 31st Street, Pompano Beach, Florida, for the past couple of days.

7.   Sergeant Deputy Jackie White encountered MOSS nearby, and MOSS told her that he robbed a bank the previous day.   MOSS said he was kidnapped by two black males, one he knew as Tony, later identified as Phillip Thompson, and he was forced to rob a bank.   MOSS was arrested by the Broward Sherriff's Office, and transported to the Pompano Beach Station.

8.      MOSS was read his Miranda rights, and he was interviewed by SAs Pudimott and Wilson at the Pompano Beach Sheriff's station.   During this interview, MOSS told the agents that he robbed the Fifth Third Bank in Boca Raton, Florida on the previous day.   MOSS said he was told to rob the bank by Thompson, because he owed Thompson a large sum of money for crack cocaine he bought from Thompson.

9.      The Broward Sheriff's Office located Thompson at the Relax Inn, in room 219, which was rented by Rosello.   Thompson was transported to the Pompano Beach Sheriff's station.   Thompson was read his Miranda rights, and he was interviewed by SAs Pudimott and Wilson.   Thompson told agents that he met MOSS and Rosello on September 10, 2012 at the Relax Inn.   He sold $300.00 worth of crack cocaine to MOSS on September 10, 2012 and during the early morning hours of September 11, 2012.   During the morning of September 11, 2012, MOSS ran out of money pay for the crack cocaine, and he told Thompson that he could go to the ATM to retrieve the money from his Social Security Disability benefits account to pay Thompson.   MOSS and Thompson went to a nearby ATM machine, and MOSS was unable to withdraw the money.

10.    MOSS told Thompson that he had $8,100 in the Fifth Third Bank located in Boca Raton, Florida.   Thompson called a taxi, and the taxi driver took MOSS and Thompson to the Fifth Third Bank in Boca Raton, Florida.   MOSS exited the taxi, and within a few minutes Thompson noticed police cars responding to the area.   One of the responding Boca Raton Police Officers approached the taxi, and asked Thompson and the driver if they saw a bald white male running away from the bank.   At this point, Thompson realized that MOSS probably committed a crime, and he told the taxi driver to take him back to Pompano Beach.   When Thompson arrived at the Relax Inn in Pompano Beach, MOSS was already waiting at the motel.   MOSS paid Thompson for the crack cocaine he already bought from Thompson, and he bought more crack cocaine from Thompson.

11.    Fifth Third bank, located at 120 East Palmetto Park Road, Boca Raton, Florida is a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

12.    Based upon the foregoing, there is probable cause to believe, in Palm Beach County, in the Southern District of Florida, JERRY MOSS II, by threat of force and violence or intimidation, did take property belonging to the above named bank, in

violation of Title 18, United States Code, Section 2113(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

ANDREW X. PUDIMOTT, SPECIAL AGENT

FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me

this _13th_ day of September, 2012

WILLIAM MATTHEWMAN

UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 12-8367-WM

### **BOND RECOMMENDATION**

DEFENDANT: JERRY MOSS, II

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   EMALYN H. WEBBER

Last Known Address: _____

_____

_____

What Facility:   PALM BEACH COUNTY JAIL

GUN CLUB ROAD, WPB, FL

Agent(s):   S/A ANDREW X. PUDIMOTT

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)  (ICE)  (**OTHER**)

FBI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

### No.   12-8367-WM

**UNITED STATES OF AMERICA**

vs.

**JERRY MOSS, II,**

                    **Defendant.**
_____/

### CRIMINAL COVER SHEET

1.   Did this matter originate from a matter pending in the Northern Region of the United
     States Attorney's Office prior to October 14, 2003?    _____ Yes   _X_ No

2.   Did this matter originate from a matter pending in the Central Region of the United
     States Attorney's Office prior to September 1, 2007?    _____ Yes   _X_ No

                    Respectfully submitted,

                    WIFREDO A. FERRER
                    UNITED STATES ATTORNEY

          BY:       _____
                    EMALYN H. WEBBER
                    ASSISTANT UNITED STATES ATTORNEY
                    Florida Bar No. 407501
                    500 S. Australian Avenue, Suite 400
                    West Palm Beach, FL 33401-6235
                    Tel:  (561) 820-8711
                    Fax: (561) 820-8777
                    Emalyn.Webber@usdoj.gov